**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Baye Mor Fall,<br>Petitioner,<br>v.<br>Luis Rosa, Jr., *et al.*,<br>Respondents. | No. CV-26-05514-PHX-JJT<br><br>**ORDER** |

On November 2, 2026, Petitioner filed a Motion to Enforce Judgment and Expedited Consideration of Petitions for Writ of Habeas Corpus and Immediate Relief, indicating that Petitioner was not provided the requisite Notice for the bond determination hearing that occurred on July 20, 2026. (Doc. 9.)

**IT IS THEREFORE ORDERED** Respondents must file a response to Petitioner's Motion to Enforce Judgment and Expedited Consideration of Petitions for Writ of Habeas Corpus and Immediate Relief no later than **November 16, 2026**.

Dated this 9th day of November, 2026.

Honorable John J. Tuchi
United States District Judge